# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 10, 2013

### NO. 03-13-00059-CR

**William Dewayne Norris, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 27TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
MODIFIED AND, AS MODIFIED, AFFIRMED --
OPINION BY JUSTICE PEMBERTON**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the judgment of conviction, but that such error does not require the judgment be reversed: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of conviction is modified to delete the requirement that William Dewayne Norris pay attorney's fees after his release from incarceration, and we further modify the judgment of conviction to reflect that William Dewayne Norris pleaded "not guilty" to the charged offense. As so modified, the judgment of conviction is affirmed. It **FURTHER** appearing to the Court that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.